■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL ALCIN, Appellant. [808 NYS2d 561]—Appeal by the defendant from a judgment of Supreme Court, Kings County (Starkey, J.), rendered May 10, 2004, as amended May 25, 2004, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility and the weight to be accorded to the evidence presented are primarily questions to be determined by the trier of fact, which saw and heard the witnesses (*see People v Gaimari*, 176 NY 84, 94 [1903]; *People v Wilson*, 23 AD3d 505 [2005]). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo*, 44 AD2d 86, 88 [1974]; *People v Wilson, supra*). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Schmidt, J.P., Santucci, Mastro and Lifson, JJ., concur.